United States District Court For the Southern District of Indiana, Terre Haute Division

Perry Proctor, Claimant

v.

Wexford of Indiana LLC.
Centurion and
Dr. Perez, Defendants

Case No: 2:22-cv-00036-JMS-DLP

FILED
01/31/2022
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## Notice of 1983 Complaint

Come now Claimant, Perry Proctor, brings this claim aginst the Defendants in their offical and individual compacity for their Violations of the 8th Amendments that Protect Ms. Proctor.

## Statement of Claim

Claimant is bringing this claim for the Defendants violations of the 8th Amendment of Deliberate Indifference and Negligence When the Claimant came to this facility she explained to the medical, who was Wexford of Indiana LLC at the time but was turned over to Centurion, that she had gastric-bypass surgery prior to coming to this facility. Claimant explained

-1-

She was taking specific types of medication because she had been doing transitioning treatment for Gender Dysphoria. Well for some reason Claimants hormones medication was withheld for months and when it was given it was given in pill form. But Claimant's family phyician prescribed hormone shots, because they are more effective for her body type, but are being denied despite the fact she was getting this treatment before she came to prison and this was made known to the Defendants.

The diet the Claimant was put on for the gastric-bypass surgery was denied for months and as a result of not being able to eat properly, on or about 7-18-2021, She passed out and split her upper lip on the edge of a brick wall. Defendants could not explain why claimant passed out, but she was not sent to the hospital. 6 months later and Claimant is having blurred vision, sensitivity in her teeth, and headaches she never had before. When the Defendants finally looked in to what was causing the blurred vision, headaches and sensitivity in Claimants teeth, it was found that she had a infection in her face from when she passed out and hit her face on the edge of the brick wall. Had Claimant been taken to the hospital, some of the complications she is dealing with may have been prevented.

Facts

-2-

## A. Deliberate Indifference

To prove deliberate indifference you must show that (1) prison officals knew about your serious medical need (2) the prison officals failed to respond reasonably.

When Claimant came to the facility she explained to the facility, she was doing treatment for Gender Dysphoria, she signed medical release and gave all the information for the doctors she was seeing on the streets. Claimant explained she was taking specific medication and was on a specific diet for the gastric-bypass surgery. Because this was not follow, Claimant passed out and hit her face on the edge of a brick wall. Which has left the Claimant with a scar in the middle of her upper lip, and nerve damage in her face that the defendants is refusing to treat. Claimant did ask the video fotage be held and has documentation showing this.

## B. Negligence

There are four things that must be shown in a Negligence claim (1) Duty (2) Breach (3) Causation (4) damage

-3-

1. Duty- It was the duty of the defendants to follow up with the Claimant's doctor she was seeing on the streets. Because once a treatment plan for Gender Dyshoria is set, the medications and the plan of medical action must be followed, because of the phyiological effect it my have on the patient.
2. Breach- Because the defendants did not follow up with Claimants outside doctor they failed to keep her safe.
3. Causation- Because Claimant was not getting the proper medication or diet for the proper nourishment she passed out and injured herself.
4. Damage. Claimant has a scar in the middle of her upper lip and She has nerve damage in her face that will need surgery to fix. The progress of her transition has regressed.

C. <u>Jurisdiction</u>
Claimant is suing for the defendants violation of federal law under U.S.C. § 1331.

D. <u>Relief Wanted</u>
Claimant is asking for injury damage of 750,000 and any medical treatment that need to be done be paid for by the defendants.

-4-

E. Jury Demands.
　Claimant wants a jury to hear her Case.

　　　　　　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　1-31-22

Certificate of Service

　I swear the information in this document is true and a copy has been sent to the Southen District Byway of E-File

　　　　　　　　　　　　　Respectfully Submitted

　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　1-31-22

-5-