UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PERRY PROCTOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:22-cv-00036-JMS-DLP ) |
| WEXFORD OF INDIANA LLC, CENTURION, PEREZ, | ) ) ) ) |
| Defendants. | ) |

**ORDER DISMISSING ACTION
AND DIRECTING ENTRY OF FINAL JUDGMENT**

Plaintiff Perry Proctor filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 31, 2022. Dkt. 2. On February 4, 2022, the Court sent Mr. Proctor a Notice of Deficiency and directed him to file a copy of his institution trust account on or before March 4, 2022. Dkt. 6. Mr. Proctor was warned that failure to correct the problem might subject his case to dismissal for failure to prosecute. *Id.* Mr. Proctor did not timely submit a trust account statement. As a result, on March 31, 2022, the Court directed to submit a trust account statement or explain why he could not do so by April 29, 2022. Dkt. 7. He was warned that the failure to do so would result in the dismissal of this action without further warning. *Id.* As of the writing of this Order, the April 29, 2022, deadline has passed, and Mr. Proctor has not filed the required trust account statement or explained why he cannot do so.

Accordingly, this action is **dismissed without prejudice**. All pending motions are **denied as moot.** The **clerk** is **directed** to issue final judgment.

IT IS SO ORDERED.

Date: 5/12/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

PERRY PROCTOR
273746
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only