UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| PERRY PROCTOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  No. 2:22-cv-00036-JMS-DLP |
| WEXFORD OF INDIANA LLC, CENTURION, PEREZ, | ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The Court, having this day made its Order directing the entry of final judgment, now enters FINAL JUDGMENT.

The action is **dismissed without prejudice**.

Date: 5/12/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____

Deputy Clerk

Distribution:

PERRY PROCTOR
273746
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only